Dismissed and Memorandum Opinion filed December 22, 2005









Dismissed and Memorandum Opinion filed December 22,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01174-CR

____________

 

GERARD
CHRISTOPHER EDWARDS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
240th District Court

Fort Bend
County, Texas

Trial Court Cause No.
35,614A

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed December 22, 2005.

Panel consists of
Chief Justice Hedges and Justices Yates and Anderson. 

Do not publish C Tex.
R. App. P. 47.2(b).